OPINION — AG — ** REIMBURSEMENT — TRAVEL — SHERIFF ** THE EXPENSES OF A SHERIFF IN CONNECTION WITH ATTENDING THE MEETING AT OKLAHOMA CITY ON SEPTEMBER 22, 1952 CALLED BY THE STATE EXAMINER AND INSPECTOR UNDER AUTHORITY OF 19 O.S. 180.47 [19-180.47] MAY 'NOT' LAWFULLY BE REIMBURSED OR PAID FROM COUNTY FUNDS. (DUTIES, COORDINATE BUSINESS) CITE: 19 O.S. 180.47 [19-180.47], 19 O.S. 180.43 [19-180.43], 28 O.S. 39 [28-39] (JAMES C. HARKIN)